IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMRO ELANSARI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SHAY O. RAMIREZ, et al.,<br><br>　　　　　　Defendants. | CIVIL ACTION<br>NO.  20-896 |

## ORDER

**AND NOW**, this 24th day of February 2021, upon consideration of Plaintiff's Motion to Transfer Venue (Doc. No. 9), Defendants' Response in Opposition to Plaintiff's Motion to Transfer Venue (Doc. No. 11), and Plaintiff's Reply in Support of the Motion (Doc. No. 12), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Motion to Transfer Venue (Doc. No. 9) is **GRANTED** and the Clerk of Court **SHALL** remand this case to the Court of Common Pleas of Philadelphia County.

2. Plaintiff has agreed that no federal claims will be pursued against Defendants in this case in state court.  (See id. at 3.)

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.

1